[No. 8,223.—In Bank.]
November 16, 1882.

## SAN FRANCISCO GASLIGHT COMPANY *v.* ANTONE SCHOTTLER et al.

Taxation of Franchise of Corporation — Assessment — Power of County Board of Equalization—Rules of Board of Equalization—Notice to Taxpayer—Constitution—Appearance is Waiver of Notice—Revenue—Writ of Review—Franchise—Corporation—San Francisco.—Upon the authority of *Spring Valley Water Works* v. *Schottler et al., ante*, 69, judgment affirmed.

Appeal by the plaintiff from the judgment of the Superior Court of the City and County of San Francisco. Allen, J.

Application for a writ of review. The facts in this case are in all material respects similar to the case of *Spring Valley Water Works* v. *Schottler et al., ante*, 69. The proceedings before the Board of Equalization, in both cases, were heard together. After the decision a petition for a rehearing was presented and denied.

*Clement, Osment & Clement,* and *W. T. Wallace,* for Appellant.

*John L. Love* and *W. C. Burnett,* for Respondent.

The Court:

Upon the authority of *Spring Valley Water Works* v. *Schottler et al.,* No. 8,052 (opinion this day filed), *ante*, 69, and for the reasons given in the opinion, the judgment of the Court below is affirmed.

Morrison, C. J., did not participate.